William J. and Susan C.
SMITH, Appellants,

v.

COMMONWEALTH of Pennsylvania,
BOARD OF FINANCE AND
REVENUE, Appellee.

Supreme Court of Pennsylvania.

Nov. 20, 1997.

**ORDER**

PER CURIAM:

AND NOW, this 20th day of November, 1997, the Order of the Commonwealth Court is affirmed.

John T. ROBINSON, Appellee,

v.

The COUNTY OF SNYDER, Robert H.
Reigle, Guy E. Mitterling and Gregory
L. Shambach, Commissioners of Snyder
County and Paula S. Snook, Treasurer
of Snyder County, Appellants.

Supreme Court of Pennsylvania.

Submitted Dec. 10, 1996.
Decided Nov. 21, 1997.

**ORDER**

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.